# PROCEEDING MEMO

**Date:** 1/16/2019 11:00 am

**In re:** Keith D. DeVito

                                    Bankruptcy No. 18-20002-CMB
                                    Chapter: 13
                                    Doc. # 40

**Appearances:**

**Movant(s):** Michael S. Geisler, Esq. for Debtor

**Respondents:** ~~Kevin Buttery,~~ Lloyd Wilson, Esq. for US Bank National Association
Winnecour / Pail / Katz / DeSimone

**Creditor(s):**

**Nature of Proceeding:** # 40 Continued Debtor's Objection to Claim of
U.S. Bank, N.A.. At claim number 5

**Additional Pleadings:**    #41 Notice of Hearing
# 43 Amended Response to Objection to Claim

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED    _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                          Respondent(s) brief due _____days
                          Trustee's brief due _____days

1 hour meeting by Feb. 10, 2019. Continued to Feb 13, 2019 at 11:00am

FILED
1/16/19 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge