## PROCEEDING MEMO

Date: 2/13/2019 11:00 am

In re: Keith D. DeVito

Bankruptcy No. 18-20002-CMB
Chapter: 13
Doc. # 40

Appearances:
*Lauren Carl*

Movant(s): Michael S. Geisler, Esq. for Debtor ✓

Respondents:   Kevin Buttery, Esq. for US Bank National Association
                Winnecour / Pail / Katz / DeSimone

Creditor(s):

Nature of Proceeding: # 40 Continued Debtor's Objection to Claim of
        U.S. Bank, N.A.. At claim number 5

Additional Pleadings:    #41 Notice of Hearing
            # 43 Amended Response to Objection to Claim

Judge's Notes:    — Debtor will enter
                   Code into LMP.

Outcome:

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED _____Order entered
  ✓   Motion WITHDRAWN  w/o prejudice
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                Respondent(s) brief due _____days
                Trustee's brief due _____days

FILED
2/13/19 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge