**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Keith D. Devito ) | Case No. 18-20002-CMB |
| ) | |
| Debtor ) | Chapter 13 |
| ) | Document No. |
| ) | Related to Document No. 69 |

**CONSENT ORDER REGARDING CHAPTER 13 PLAN
DATED JANUARY 28, 2018**

AND NOW, this \_\_4th\_\_ day of \_\_December\_\_, 2019, upon consent of the Debtor and the Chapter 13 Trustee, said agreement following a contested plan hearing held November 19, 2019:

IT IS ORDERED:

1. Debtor shall file and serve a wage attachment motion and order within seven (7) days of this Order

2. Debtor shall remit monthly plan payments in the sum of $2770.00 each beginning December 1, 2019 with additional payments due January 1, 2020 and February 1, 2020;

3. Upon the Trustee's affidavit of default of the required monthly plan payments, in full on the due dates, this case shall be dismissed or converted without prejudice without further hearing;

4. The Trustee shall provide a grace period of at least ten (10) days, however, to allow the funds to post to debtor's case;

5. The Trustee shall specify in any affidavit of default the Trustee's position as to conversion to a case under Chapter 7 or dismissal with or without prejudice;

6. If this case is not dismissed, a continued contested plan hearing shall be held on February 19, 2020 at 11:00 a.m. in Courtroom B, 54th Floor, USX Tower, 600 Grant Street, Pittsburgh PA 15219.

BY THE COURT:

*Carlota M. Bohm*
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Michael Geisler
Michael Geisler, Esquire
Attorney for debtor
201 Penn Center Blvd Suite 524
Pittsburgh PA 15235
412-613-2133
m.s.geisler@att.net

FILED
12/4/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA